*07 mc 36*

BLD-119                                                    February 8, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-1230**

IN RE:  ROBERT L. CARROLL, Petitioner

Present:     MCKEE, FUENTES AND ROTH, <u>CIRCUIT</u> <u>JUDGES</u>

Submitted is:

(1)   Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second
or successive habeas corpus petition
in the above-captioned case.

Respectfully,

Clerk

MMW/DPW/clc
_____ORDER_____
The foregoing application under 28 U.S.C. § 2244 for leave to file a second or successive
habeas petition under 28 U.S.C. § 2254 is denied.  Petitioner has not demonstrated that
his claims under § 2254 would have been permitted to proceed under the pre-AEDPA
standard.  <u>See</u> <u>United States v. Roberson</u>, 194 F.3d 408, 412 (3d Cir. 1999).  Therefore,
the gatekeeping provisions of AEDPA apply.  The factual predicates for Petitioner's
claims could have been discovered previously through the exercise of due diligence
and/or Petitioner fails to raise claims, if proven, that would establish by clear and
convincing evidence that, but for constitutional error, no reasonable factfinder would
have found him guilty of the underlying offenses.  <u>See</u> 28 U.S.C. § 2244(b)(2)(B)(i)-(ii).

By the Court,

/s/ Theodore A. McKee
Circuit Judge

Dated:    February 26, 2007

lwc/cc:   Mr. Robert L. Carroll

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk